JS-6

Kathleen C. Jeffries (SBN 110362)
kjeffries@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790

Attorneys for Plaintiff
INTERSTATE DISTRIBUTOR CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE DISTRIBUTOR CO., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>A & A TRUCKING, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.  2:14-cv-07026-RSWL-JPRx<br><br>JUDGMENT PURSUANT TO STIPULATION<br><br>Pretrial Conference: October 6, 2015<br>Trial:　　　　　　October 27, 2015 |

  Based upon the request of plaintiff Interstate Distributor Co. pursuant to the stipulation by and between the parties to this action,

  JUDGMENT IS HEREBY ENTERED in favor of plaintiff Interstate Distributor Co. against defendant A & A Trucking, Inc. in the sum of $142,652.50.

  All dates are vacated and this matter is closed.

Dated: August 13, 2015    s/ RONALD S.W. LEW
             Hon. Ronald S.W. Lew
             Senior U.S. District Judge